No. 19,571.

THE STEVENS-SCOTT GRAIN COMPANY, *Appellant,* v. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, *Appellee.*

OPINION DENYING A REHEARING.

Appeal from Sedgwick district court, division No. 2; THORNTON W. SARGENT, judge. Opinion denying a rehearing filed July 10, 1915. (For original opinion of modification see 96 Kan. 1, 149 Pac. 744.)

*O. A. Keach,* of Wichita, for the appellant.

*William R. Smith, Owen J. Wood,* and *Alfred A. Scott,* all of Topeka, for the appellee.

The opinion of the court was delivered by

MASON, J.: The petition for a rehearing is denied, but to correct an inaccuracy of statement in the opinion, the words "less the freight" will be added at the end of the second sentence.